| | |
|---|---|
| 1 | **DLA PIPER LLP (US)** |
| | PAUL J. HALL (SBN: 066084) |
| 2 | paul.hall@dlapiper.com |
| | DAVID PRIEBE (SBN: 148679) |
| 3 | david.priebe@dlapiper.com |
| | 555 Mission Street, Suite 2400 |
| 4 | San Francisco, CA 94105 |
| | Telephone: (415) 836-2500 |
| 5 | Fax: (415) 836-2501 |
| 6 | **BUCHALTER NEMER** |
| | A Professional Corporation |
| 7 | PETER G. BERTRAND (SBN: 087883) |
| | pbertrand@buchalter.com |
| 8 | JULIAN W. MACK (SBN: 104662) |
| | pmack@buchalter.com |
| 9 | 55 Second Street, Suite 1700 |
| | San Francisco, CA 94105-3493 |
| 10 | Telephone: (415) 227-0900 |
| | Fax: (415) 227-0770 |
| 11 | |
| | Attorneys for Defendant |
| 12 | SANTA CRUZ COUNTY BANK |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| 17 | RAF STRUDLEY, individually and as trustee of THE CHARLES STRUDLEY ESTATE; RUTH STRUDLEY; MATT HANSEN, ALAN COMEAUX; STEVEN GOODMAN; ELAINE M. CARRIGAN, individually and as trustee of THE CASANOVA FAMILY TRUST; GREGORY WYNNE; DARRELL TORCHIO; SHARON TORCHIO; JON IFLAND; MONICA IFLAND; PETER JACOBSON; TERRY LORANT; MICHAEL SINGER; SALLY EASTMAN; KAREN COGSWELL; LINDA ERICKSON; LOREE VIAL; KAREN DANIEL; ROBERT DANIEL, JR.; CHAD G. CLEMENS, SR.; BRIAN CONWAY; DAVID DAVISON; ROSEMARY DAVISON; VIN SION; KRISTY SION; JOE KATZMAN; JAN LEININGER; MICHAEL ATHAN; ALAIN DUMESNY; MARY MURRAY; SUE ANN MURRAY; ROBERT ALAN NOTTINGHAM; | Case No. 5:15-CV-05106 EJD<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Date: June 16, 2016<br><br>Time: 10:00 a.m. |

| | |
|---|---|
| 1 | KRISTINE TAYLOR; ROBERT A. FRANK; TERI FRANK, individually and as trustee of THE FRANK CHARITABLE REMAINDER TRUST; JEFFREY FRANK; INGRID HILLS, individually and as trustee of THE EDWARD E. HILLS FUND; ARTHUR CAISSE; MARK KING; JERRYNE KING; ARNOLD ROBINSON; BEVERLY ROBINSON; PAUL D. BROWNE, individually and as co-trustee of THE BROWNE FAMILY TRUST; JOYCE BROWNE, individually and as co-trustee of THE BROWNE FAMILY TRUST; MARK P. WITZIG; DAVID A. BYRON; SCOTT HUGHES; ALAN PEEVERS; LISA PEEVERS; ROBERT LAYTON; DEBBIE ATWOOD LAYTON; HOLLY PAETAU; JULIE PANUSHKA; and INGRID NUDELMAN, |
| | *Plaintiffs*, |
| | v. |
| | SANTA CRUZ COUNTY BANK; JOHN GERINGER; CHRISTOPHER A. LUCK; and KEITH E. RODE, |
| | *Defendants*. |

1   WHEREAS, Plaintiffs commenced this case on November 6, 2015; and

2   WHEREAS, Plaintiffs filed a First Amended Complaint on December 23, 2015; and

3   WHEREAS, the First Amended Complaint includes claims under Section 10(b) of the
4   Securities Exchange Act of 1934 and accompanying SEC Rule 10b-5, and claims under State law;
5   and

6   WHEREAS, defendant Santa Cruz County Bank (the "Bank") has filed a motion to strike
7   and a motion to dismiss the First Amended Complaint, which Plaintiffs have opposed; and,

8   WHEREAS, the motions have been briefed, were scheduled to be heard on May 12, 2016,
9   were taken under submission without oral argument, and remain under submission;

10  WHEREAS, pursuant to stipulation of the parties (dkt. 37) and Order of the Court (dkt.
11  38) a Case Management Conference has been scheduled for June 16, 2016 and the corresponding
12  Case Management Statement is now due June 9, 2016; and

13  WHEREAS, it would conserve the resources of the parties and the Court to continue the
14  Case Management Conference until after a ruling on the pending motions, as the Court's ruling is
15  likely to affect the topics normally addressed in a Case Management Conference Statement and at
16  the Conference itself;

17  IT IS HEREBY STIPULATED, subject to the approval of the Court, that the Case
18  Management Conference shall be continued from June 16, 2016, at 10:00 a.m. to August 4, 2016,
19  at 10: a.m.

20  Respectfully submitted,

21  Dated: June 2, 2016                DLA PIPER LLP (US)

22                                     By: ___/s/ Paul J. Hall___
23                                     PAUL J. HALL

24                                     BUCHALTER NEMER
                                       A Professional Corporation
25                                     PETER G. BERTRAND
                                       JULIAN W. MACK

26
                                       Attorney for Defendant
27                                     SANTA CRUZ COUNTY BANK

28

DLA PIPER LLP (US)
SAN FRANCISCO

-1-

WEST\269580895.1

STIPULATION AND [PROPOSED] ORDER RE CMC
Case No. 5:15-CV-05106 EJD

| | |
|---|---|
| Dated: June 2, 2016 | COTCHETT, PITRE & MCCARTHY, LLP |
| | By: */s/ Camilo Artiga-Purcell* |
| | Camilo Artiga-Purcell |
| | Attorney for Plaintiffs |

I, Paul J. Hall, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE.  In compliance with General Order 45, X.B., I hereby attest that Camilo Artiga-Purcell has concurred in this filing.

## [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING THERFOR, IT IS HEREBY ORDERED that the Case Management Conference previously set for June 16, 2016 is hereby continued to August 4, 2016, at 10:00 a.m., and the parties' dates to meet and confer under Rule 26 and to submit their Joint Case Management Statement shall be correspondingly extended.

DATED: June 8, 2016

HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE