**DLA PIPER LLP (US)**
PAUL J. HALL (SBN: 066084)
paul.hall@dlapiper.com
DAVID PRIEBE (SBN: 148679)
david.priebe@dlapiper.com
555 Mission Street, Suite 2400
San Francisco, CA 94105
Telephone: (415) 836-2500
Fax: (415) 836-2501

**BUCHALTER**
A Professional Corporation
PETER G. BERTRAND (SBN: 087883)
pbertrand@buchalter.com
JULIAN W. MACK (SBN: 104662)
pmack@buchalter.com
55 Second Street, Suite 1700
San Francisco, CA 94105-3493
Telephone: (415) 227-0900
Fax: (415) 227-0770

Attorneys for Defendant
SANTA CRUZ COUNTY BANK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RAF STRUDLEY, individually and as trustee of THE CHARLES STRUDLEY ESTATE; RUTH STRUDLEY; MATT HANSEN, ALAN COMEAUX; STEVEN GOODMAN; ELAINE M. CARRIGAN, individually and as trustee of THE CASANOVA FAMILY TRUST; GREGORY WYNNE; DARRELL TORCHIO; SHARON TORCHIO; JON IFLAND; MONICA IFLAND; PETER JACOBSON; TERRY LORANT; MICHAEL SINGER; SALLY EASTMAN; KAREN COGSWELL; LINDA ERICKSON; LOREE VIAL; KAREN DANIEL; ROBERT DANIEL, JR.; CHAD G. CLEMENS, SR.; BRIAN CONWAY; DAVID DAVISON; ROSEMARY DAVISON; VIN SION; KRISTY SION; JOE KATZMAN; JAN LEININGER; MICHAEL ATHAN; ALAIN DUMESNY; MARY MURRAY; SUE ANN MURRAY; ROBERT ALAN NOTTINGHAM; | Case No. 5:15-CV-05106 EJD<br><br>**[~~PROPOSED~~] ORDER TO ACCEPT SUPPLEMENTAL AUTHORITIES** |

| | |
|---|---|
| 1 | KRISTINE TAYLOR; ROBERT A. FRANK; TERI FRANK, individually and as trustee of THE FRANK CHARITABLE REMAINDER TRUST; JEFFREY FRANK; INGRID HILLS, individually and as trustee of THE EDWARD E. HILLS FUND; ARTHUR CAISSE; MARK KING; JERRYNE KING; ARNOLD ROBINSON; BEVERLY ROBINSON; PAUL D. BROWNE, individually and as co-trustee of THE BROWNE FAMILY TRUST; JOYCE BROWNE, individually and as co-trustee of THE BROWNE FAMILY TRUST; MARK P. WITZIG; DAVID A. BYRON; SCOTT HUGHES; ALAN PEEVERS; LISA PEEVERS; ROBERT LAYTON; DEBBIE ATWOOD LAYTON; HOLLY PAETAU; JULIE PANUSHKA; and INGRID NUDELMAN, |
| | *Plaintiffs*, |
| | v. |
| | SANTA CRUZ COUNTY BANK; JOHN GERINGER; CHRISTOPHER A. LUCK; and KEITH E. RODE, |
| | *Defendants*. |

WHEREAS, Defendant Santa Cruz County Bank (the "Bank") seeks to submit *Razavi v. San Jose Police*, No. 5:17-cv-02088-EJD, 2017 WL 2117419 (N.D. Cal. May 16, 2017); and *Multicultural Radio Broadcasting, Inc. v. Korean Radio Broadcasting, Inc.*, No. 15-1961 (SRC), 2017 WL 436250 (D. N.J. Jan. 31, 2017); as supplemental authority in support of its Motion To Strike First Amended Complaint (docket #18), which the Court has taken under submission; and,

WHEREAS, the Bank first requested the agreement of Plaintiffs to this request but did not receive a reply;

For good cause shown, IT IS HEREBY ORDERED THAT the Bank may submit the above-referenced decisions as supplemental authority in support of its Motion to Strike (docket no. 18).

Dated: July 5, 2017

EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE